# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| APRIL NGUYEN, individually and on behalf of all others similarly situated, Plaintiff | : : : : | CIVIL ACTION |
| vs. | : : | NO. 16-6296 |
| NEW RELEASE DVD, LLC, et al., Defendants | : : | |

## O R D E R

**AND NOW,** this 26th day of October, 2017, upon consideration of the defendants' second motion to dismiss (Document #14), and the plaintiff's response thereto (Document #17), IT IS HEREBY ORDERED that this motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, C.J.